John S. Boyle, State's Attorney, Cook county, for appellant; John T. Gallagher, Rudolph L. Janega, Arthur F. Manning, and William J. McGah, Jr., Assistant State's Attorneys, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed March 14, 1952; released for publication March 28, 1952.

## Angelo Palello, Appellant, v. Marie Palello, Appellee.

### Gen. No. 45,491.

Norman A. Pope, for appellant; Richard E. Dooley, of counsel; Paul Broccolo, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed March 24, 1952; released for publication April 9, 1952.

## City of Chicago, Appellant, v. Nora M. Ferrin, Appellee.
## City of Chicago, Appellant, v. Mary Daniels, Appellee.
## City of Chicago, Appellant, v. Delvena Byrnes, Appellee.

### Gen. Nos. 45,557, 45,558, 45,559.